# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2006

128622

AMERIGO PALARCHIO, as Conservator
and Guardian of LINDA PALARCHIO,
a legally incapacitated person,
      Plaintiff-Appellee,

v

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
      Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128622
COA: 258992
Wayne CC: 02-238086-NF

By order of September 21, 2005, the application for leave to appeal the March 24, 2005 judgment of the Court of Appeals was held in abeyance pending the decision in *Cameron v Auto Club Ins Ass'n* (Docket No. 127018). On order of the Court, the case having been decided on July 28, 2006, 476 Mich 55 (2006), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the Court of Appeals judgment and the Wayne Circuit Court's order granting the plaintiff's motion for partial summary disposition, and REMAND this case to the Wayne Circuit Court for further proceedings consistent with this Court's decisions in *Cameron, supra*, and *Devillers v Auto Club Ins Ass'n*, 473 Mich 562 (2005).

WEAVER, J., dissents and states as follows:

I would grant leave to appeal in this case to reconsider *Cameron v Auto Club Ins Ass'n*, 476 Mich 55 (2006), and *Devillers v Auto Club Ins Ass'n*, 473 Mich 562 (2005).

CAVANAGH and KELLY, JJ., join the statement of WEAVER, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2006

p1031

                Clerk